# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of May, two thousand and thirteen.

_____

U.S. Bank, N.A., as Trustee for the Registered Holders of ML-CFC Commercial Mortgage Trust 2006-1, Commercial Mortgage Pass-Through Certificates, Series 2006-1,

    Plaintiff - Appellee,

v.

Squadron VCD, LLC, Allen Morton, Patsy Morton,

    Defendants - Appellants,

John Does 1-100, the latter names being fictitious but intending to designate tenants and persons in possession or persons having an interest in the premises described in the Complaint herein,

    Defendant.

**ORDER**
Docket No.11-4773

_____

IT IS HEREBY ORDERED that the motion by Appellee for permission to file an opposition to Appellant's Petition for Rehearing is DENIED as moot.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

